AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
DEC 08 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Grey Samsung Cellular Telephone<br>FCC ID #: A3LSC412740C | )<br>)<br>)   Case No. 14 MJ 3314<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern     District of   California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   10/8/14
                                                                                                             *(not to exceed 10 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Mitchell D. Dembin                                              .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   9/24/14 9:10am        _____
                                                                              Judge's signature

City and state:     San Diego, California         Mitchell D. Dembin, U.S. Magistrate Judge
                                                                          *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 14MJ3314 | 09/26/2014  8:35 a.m. | CBP LABS in Long Beach, CA |

Inventory made in the presence of: CBP LABORATORY, Marcos Mendoza

Inventory of the property taken and name of any person(s) seized:

(1) DVD containing cellular telephone data for a Samsung Galaxy found in GARCIA's possession and an Apple Iphone 5 found in LOPEZ' possession (14MJ3315).

(DVD was provided on 11/20/2014).

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/30/2014

Executing officer's signature

Border Patrol Agent Noel Mendez
Printed name and title